### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**HELON McCOOL**                                                                                    **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 4:07cv123TSL/LRA**

**WAL-MART STORE #0205**                                                **DEFENDANT**

### AGREED ORDER SUBSTITUTING PROPER PARTY IN INTEREST

THIS MATTER having come before the Court upon the joint *ore tenus* motion of the Parties to substitute the proper Wal-Mart entity as the correct Defendant in this action, and the parties having executed this Order to signify their agreement to said substitution, the Court finds that the motion is well founded and should be, and hereby is, **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the proper party to be substituted shall be WAL-MART STORES EAST, LP, and the party Wal-Mart Stores #0205 is dismissed from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that the clerk shall make all necessary changes on the docket to reflect the substitution of WAL-MART STORES EAST, LP, as the proper party in interest.

**SO ORDERED AND ADJUDGED**, this the 19th day of November, 2007.

                                                                    *s/Linda R. Anderson*
                                                  **UNITED STATES MAGISTRATE JUDGE**

AGREED TO AND APPROVED AS TO FORM:

*/s/ Shanda Yates Johnson*
Thomas M. Louis (MSB #8484)
Shanda Yates Johnson (MSB #102687)
WELLS, MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: (601) 605-6900


/s/ *Yancy B. Burns*
Yancy B. Burns (MSB #99128)
Casey M. Amborn
THE CRAWLEY LAW OFFICES, PLLC
1553 E. County Line Rd., Suite 106
P.O. Box 13849
Jackson, MS 39236-3849